**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA

vs.                                  NO. 4:02CR00071-001 SWW

AARON RODGERS

### ORDER

The above entitled cause came on for hearing on petition to revoke the supervised released previously granted this defendant in the United States District Court for the Eastern District of Arkansas.  Upon the basis of the admissions of the defendant, the Court found that defendant has violated the conditions of his supervised release without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the supervised release previously granted this defendant, be, and it is hereby, revoked.

IT IS FURTHER ORDERED that defendant shall serve a term of imprisonment of TWELVE (12) MONTHS AND ONE (1) DAY in the custody of the Bureau of Prisons. The Court recommends that defendant be incarcerated in the facility located in Forrest City, Arkansas.

Upon release from imprisonment, defendant shall serve a term of ONE (1) YEAR of supervised release to be on the same terms and conditions as previously ordered in this matter.  A special condition of defendant's term of supervised release is that he serve SIX (6) MONTHS in a half-way house, and the Court recommends City of Faith.

The balance of the special assessment previously imposed is mandatory and remains due and payable in the amount of $25.00.

- 2 -

Execution of the sentence of imprisonment is suspended until **Monday, October 24, 2005, no later than 12:00 noon**, at which time defendant shall report to or at the direction of the United States Marshal in Little Rock, Arkansas.

All other terms and conditions previously imposed shall remain the same and in full force and effect.

Further, defendant shall abide by all conditions of release pending his report date and shall report to the United States Probation Office as often and as directed by the probation officer prior to his reporting date.

IT IS SO ORDERED this 18th day of August, 2005.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE